IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES E. ROOP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 7:09cv00343 |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | By: Michael F. Urbanski |
| Commissioner of Social Security, | ) | United States Magistrate Judge |
| | ) | |
| Defendant. | ) | |

This case is currently before the court on plaintiff's Motion for Remand (Dkt. #14), which the court construes as a motion for summary judgment, and defendant's Motion for Summary Judgment (Dkt. #7). The court heard oral argument on September 2, 2010. For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that plaintiff's Motion for Remand (Dkt. #14) is **GRANTED,** defendant's Motion for Summary Judgment is **DENIED** (Dkt. #7), and this case is remanded to the Commissioner for further administrative consideration**.**

The Clerk of Court is directed to send copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

                                              Entered: November 15, 2010.

                                              /s/ Michael F. Urbanski

                                              Michael F. Urbanski
                                              United States Magistrate Judge